UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>- v. -<br><br>MATTHEW WU,<br><br>                Defendant. | **ORDER**<br><br>23 Cr. 90 (AKH) |

PURSUANT TO Your Honor's June 7, 2023 Ruling, the parties agree to the following conditions of pre-trial release for Mr. Wu in the above-captioned matter:

- Mr. Wu shall be released on a $75,000 personal recognizance bond, partially secured by Donika Morrow's Car (2014 Infiniti Qx60 SUV);

- The bond shall be signed by Mr. Wu's sister, Donika Morrow, and his brother, Jeremy Morrow;

- Mr. Wu shall reside with Donika Morrow at her home in Tennessee;

- Donika Morrow shall serve as Mr. Wu's third-party custodian;

- Mr. Wu shall be subject to home detention enforced by location monitoring, with the location monitoring technology as directed by the Pretrial Services Agency;

- Mr. Wu shall not have any contact with architecture firm at issue in the present matter (O'Neil Langan Architects);

- Mr. Wu shall not obtain any travel documents.

- Pretrial supervision as directed by Pretrial Services.

- Travel Restricted to SDNY, EDTN, and all points in between for the purposes of travelling for Court Appearances and Meetings with Counsel.

Mr. Wu shall be released upon his own signature, the signature of 1 co-signer (Donika Morrow), and the posting of Ms. Morrow's car as collateral. Mr. Wu's second co-signer shall have 1 week from today to sign the bond.

Dated: New York, New York
      June 7, 2023

                          SO ORDERED:

                          _____
                          **HONORABLE ALVIN K. HELLERSTEIN**
                          **United States District Judge**