# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

September 7, 2023

**BY ECF**

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

The status conference is adjourned to September 21, 2023, at 2:15 p.m.

SO ORDERED.

/s/ Alvin Hellerstein
U.S.D.J.
September 8, 2023

Re:   **United States v. Matthew Wu, et al.**
      **23 Cr. 90 (AKH)**

Dear Judge Hellerstein,

    With the consent of the Government, I write to request a brief adjournment of the September 12 status conference to September 21 or September 22. Mr. Wu had an excisional biopsy today and must return to New York for a follow up appointment on September 21 at 9:30 AM.

    I write to request permission to adjourn the upcoming status conference to September 21 after 1:00 PM or anytime on September 22 so that Mr. Wu can attend Court during the same trip as his required medical appointment.

    As noted above, the Government consents to this adjournment, and I consent to the exclusion of time until the next status conference.

Respectfully submitted,

/s/ _____

Zawadi Baharanyi

Assistant Federal Defender

(917) 612-2753

CC: AUSA Jerry Fang.