UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
UNITED STATES OF AMERICA        :
                                :
                                :  **ORDER**
         -against-              :
                                :  23 Cr. 90 (AKH)
                                :
                                :
MATTHEW BLAKE MORROW-WU, and    :
SHANGZHEN WU                    :
                                :
                    Defendant.  :
---------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The pretrial conference for both Defendants scheduled for September 21, 2023 is hereby rescheduled to September 20, 2023 at 3:30 p.m.

       SO ORDERED.

Dated:    September 12, 2023           ____/s/ Alvin Hellerstein____
            New York, New York          ALVIN K. HELLERSTEIN
                                             United States District Judge