UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
:
UNITED STATES OF AMERICA,                            :
: **ORDER**
:
    -against-                                              :    23 Cr. 90 (AKH)
:
:
MATTHEW BLAKE MORROW-WU and         :
SHANGZHEN (DANIEL) WU,                          :
:
                        Defendants.          :
:
---------------------------------------------------------------- 

ALVIN K. HELLERSTEIN, U.S.D.J.:

    The pre-trial conference is adjourned to March 7, 2024 at 10:00 a.m.

SO ORDERED.

Dated:    January 17, 2024                ___/s/ Alvin K. Hellerstein___
           New York, New York         ALVIN K. HELLERSTEIN
                                                     United States District Judge