UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
UNITED STATES OF AMERICA,

        -against-

MATTHEW BLAKE MORROW-WU and
SHANGZHEN (DANIEL) WU,

               Defendants.
-------------------------------------------------------------

**ORDER**

23 Cr. 90 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The pre-trial conference is adjourned to May 2, 2024, at 11:00 a.m.  My order dated 3/6/2024 (ECF No. 63) is vacated.

SO ORDERED.

Dated:   March 7, 2024
            New York, New York

           ___/s/ Alvin K. Hellerstein___
           ALVIN K. HELLERSTEIN
           United States District Judge