# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

April 24, 2024

**BY ECF**
The Honorable Judge Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

The defendant may go directly to and directly from Szechuan Opera in East Rutherford, NJ between the hours of 4:30 p.m. to 8:30 p.m. on April 27, 2024.  The Defendant is not permitted to go anywhere else during the course of this outing.

SO ORDERED.

Re:     **United States v. Morrow-Wu et al
        23 Cr. 90 (AKH)**

Dated: 4/26/24           Alvin K. Hellerstein
New York, New York       Alvin K. Hellerstein
                         United States District Judge

Dear Judge Hellerstein:

        I write to respectfully request that the Court allow Mr. Morrow Wu to leave his home for a birthday dinner with his partner. Mr. Morrow Wu's birthday is April 28. He would like to celebrate on April 27 with a dinner at Szechuan Opera, 1 American Dream Way, East Rutherford, NJ 07073. He requests permission to leave his home in Jersey City, New Jersey, on **April 27, 2024, from 4:30 to 8:30 pm** for this dinner. Pretrial and the Government oppose this request for Mr. Morrow Wu to go to a restaurant in celebration of his birthday. As a matter of policy, Pretrial opposes requests for social gatherings for individuals on home detention.

        Thank you for your consideration of this request.

Respectfully submitted,
/s/_____
Zawadi S. Baharanyi
Assistant Federal Defender
(917) 612-2753

cc:    AUSA Jerry Fang
       USPSO Andrew Dziopa (DNJ)

**SO ORDERED:**

_____
**HONORABLE ALVIN K. HELLERSTEIN**
**United States District Judge**