UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                                          :

UNITED STATES OF AMERICA,              :

                                                          :        **SCHEDULING ORDER**

                                                          :

        -against-                           :        23 Cr. 90 (AKH)

                                                          :

MATTHEW BLAKE MORROW-WU and      :
SHANGZHEN (DANIEL) WU,

                                                          :

                    Defendants.      :

                                                          :
-------------------------------------------------------------

ALVIN K. HELLERSTEIN, U.S.D.J.:

      The pre-trial conference scheduled for May 2, 2024 is adjourned until May 2, 2024 at 12:00 p.m.

SO ORDERED.

Dated:     April 30, 2024                      /s/ Alvin K. Hellerstein
            New York, New York            ALVIN K. HELLERSTEIN
                                                   United States District Judge