# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

July 18, 2024

*By ECF*

Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

*So ordered
7.22.24
Alvin K. Hellerstein*

Re:   *United States v. Morrow-Wu et al.*, 23 Cr. 90 (AKH)

Dear Judge Hellerstein:

I write to respectfully request that the Court permit Mr. Wu to attend a work-related lunch on Monday, July 22, 2024. Mr. Wu, who is currently released on conditions including home detention, has recently begun working at the reception area of an office building in midtown Manhattan. His employer is holding a luncheon for various employees at Bill's Bar and Burger, a restaurant on West 51st Street, which is around eight blocks away from the office building where Mr. Wu works. Either because the lunch is being held on a day when Mr. Wu is not otherwise scheduled to work, or because the restaurant is in a different location than the office, the New Jersey Pretrial Services Office, who are supervising Mr. Wu, requires a court order in order to permit Mr. Wu to attend this luncheon. I have asked both the Government and Pretrial Services for their position on this request, but have yet to hear back. I have no reason to believe that either office would object.

Respectfully submitted,

/s/ _____

Martin S. Cohen
Ass't Federal Defender
Tel.: (646) 588-8317

cc.   Jerry Fang, Esq., by ECF