

**U.S. Department of Justice**

*United States Attorney
Southern District of New York*

---

*The Jacob K. Javits Federal Building
26 Federal Plaza, 37th Floor
New York, New York 10278*

August 12, 2024

**BY ECF**
The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

  Re: *United States v. Morrow-Wu, et al.*, 23 Cr. 90 (AKH)

Dear Judge Hellerstein:

  The Government writes respectfully to request a two-week adjournment of the Government's August 13, 2024 deadline to respond to the motion to sever filed by defendant Shangzhen Wu,[1] along with Mr. Wu's August 27, 2024 deadline to reply. The Government and counsel for Mr. Wu have been engaged in discussions about a potential pre-trial resolution of Mr. Wu's case that may obviate the need for further briefing on Mr. Wu's motion to sever. Counsel for Mr. Wu consents to the requested adjournment, which would not affect the current oral argument date scheduled for September 24, 2024.

             Respectfully submitted,

             DAMIAN WILLIAMS
             United States Attorney

        By:  */s/*
             Jerry J. Fang / Henry L. Ross
             Assistant United States Attorneys
             Tel. 212-637-2584 / 2442

cc: Defense Counsel (by ECF)

 SO ORDERED.

 Dated: August 14, 2024   /s/ Alvin K. Hellerstein
 New York, New York    Alvin K. Hellerstein
           United States District Court

---

[1] Defendant Matthew Morrow-Wu has not filed any pre-trial motions to date.