UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
UNITED STATES OF AMERICA                                       :   **ORDER**
                                                               :
                v.                                             :   23 Cr. 90 (AKH)
                                                               :
MATTHEW BLAKE MORROW-WU and                                    :
SHANGZHEN (DANIEL) WU,                                         :
                                                               :
                                            Defendants.        :
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

My memo indorsement of January 21, 2025 directed the Government to produce 18 U.S.C. § 3500 material by March 3, 2025, but did not set a deadline to file responses to the motions in limine. *See* ECF No. 110. I order the parties to file their responses to the motions in limine by March 7, 2025.

SO ORDERED.

Dated:   February 5, 2025
         New York, New York

                                                        _____
                                                        ALVIN K. HELLERSTEIN
                                                        United States District Judge

1