**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

February 14, 2025

So ordered
2-18-25
/s/ AK Hellerstein

**BY ECF**
The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    *United States v. Morrow-Wu, et al.*, 23 Cr. 90 (AKH)

Dear Judge Hellerstein:

The Government respectfully writes to request a six-day adjournment of the pre-trial deadline for expert and Rule 404(b) notices to be provided, which is currently scheduled for February 18, 2025.

On February 13, 2025, counsel for Matthew Morrow-Wu filed a letter seeking to adjourn the March 24, 2025 trial date to a date in the fall of 2025, to which the Government and counsel for Shangzhen Wu took no position. On February 14, 2025, the Court issued an order directing the parties to appear for a status conference on February 20, 2025. Based on the possibility that the trial date in this matter may be adjourned following the February 20, 2025 conference, the Government respectfully requests that the Court extend the pretrial deadline for expert and Rule 404(b) notices to February 24, 2025. The requested six-day adjournment would not affect the other pretrial deadlines or trial date currently set by the court. Defendant Matthew Morrow-Wu consents to this request, while defendant Shangzhen Wu opposes the request.

Respectfully submitted,

MATTHEW PODOLSKY
Acting United States Attorney

By:    /s/
       Jerry J. Fang / Henry L. Ross
       Assistant United States Attorneys
       Tel. 212-637-2584 / 2442

cc: Defense Counsel (by ECF)