UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                      :

UNITED STATES OF AMERICA               :    **ORDER**

    v.                                               :    23 Cr. 90 (AKH)

MATTHEW BLAKE MORROW-WU and
SHANGZHEN (DANIEL) WU,

                               Defendants.
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The submission by Defendant Matthew Morrow-Wu's attorneys, Elena Fast and Michael Perkins, concerning the basis for their motion to withdraw as his counsel, shall be filed, under seal, by February 25, 2025.

       SO ORDERED.

Dated:     February 21, 2025                /s/ Alvin K. Hellerstein
             New York, New York            ALVIN K. HELLERSTEIN
                                                              United States District Judge