UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :

UNITED STATES OF AMERICA             :    **SCHEDULING ORDER**

     v.                                             :    23 Cr. 90 (AKH)

MATTHEW BLAKE MORROW-WU and
SHANGZHEN (DANIEL) WU,

                                    Defendants.
-------------------------------------------------------------- X
ALVIN K. HELLERSTEIN, U.S.D.J.:

       The parties shall appear for a status conference in this case on Wednesday, February 26, 2025, at 9:45 a.m., in Courtroom 26B.

       SO ORDERED.

Dated:     February 24, 2025              _____/s/ Alvin K. Hellerstein_____
            New York, New York           ALVIN K. HELLERSTEIN
                                                  United States District Judge