LEBEDIN | KOFMAN<br>
LLP<br>
ATTORNEYS AT LAW<br>
26 BROADWAY, 3rd FLOOR<br>
NEW YORK, NY 10004<br>
T (212) 500-3273<br>
F (855) 696-6848

ARTHUR LEBEDIN*
RUSS KOFMAN+
MICHAEL LEINOFF+
JESSICA GORMAN+
ERIC PRUSAN+
ALYSON LUFTIG+
JONATHAN PEREZ+

.* Member N.Y. & N.J. Bar
+ Member N.Y. Bar

February 24, 2025

**VIA ECF**
Hon. Alvin Hellerstein
U.S. District Court Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: **United States vs Matthew Morrow Wu, et.al.**
**23-CR-00090 AKH**

Good Afternoon Your Honor:

As you know, this Office has been retained by Matthew Wu for the purposes of the conference in the above referenced matter scheduled for Wednesday Morning February 26, 2025 at 9:45 am. We most respectfully file this letter motion to request that Mr. Wu's appearance be waived as he meets with his Oncologist Wednesday morning at 9:15 a.m. followed by an appointment with his surgeon later in the day.

Thank you for your courtesy and consideration.

Very truly yours.
s/Eric I. Prusan
Eric I. Prusan

cc: All Attorneys of Record (via ECF)

*So Ordered 2-25-25 [signature]*