UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

MATTHEW BLAKE MORROW-WU,
    a/k/a "Matthew Blake Morrow,"
    a/k/a "Matthew Wu,"
    a/k/a "Matthew Morrow-Wu,"
    a/k/a "Blake Wu,"
    a/k/a "Matthew Blake Ho," and

SHANGZHEN WU,
    a/k/a "Daniel Wu,"

                Defendants.

**PROPOSED ORDER**

S1 23 Cr. 90 (AKH)

---

ALVIN K. HELLERSTEIN, U.S.D.J.:

    The U.S. Marshals Service for the Southern District of New York shall receive custody of defendant MATTHEW BLAKE MORROW-WU, a/k/a "Matthew Blake Morrow," a/k/a "Matthew Wu," a/k/a "Matthew Morrow-Wu," a/k/a "Blake Wu," a/k/a "Matthew Blake Ho," from the U.S. Marshals Service for the Eastern District of California and transport the defendant to the Southern District of New York forthwith to appear for a pre-trial proceeding on April 22, 2025, in advance of the trial scheduled in this matter for May 5, 2025.

    SO ORDERED.

Dated: April 7, 2025
New York, New York

                                            HONORABLE ALVIN K. HELLERSTEIN
                                            United States District Judge