LEBEDIN | KOFMAN
LLP
ATTORNEYS AT LAW
26 BROADWAY, 3rd FLOOR
NEW YORK, NY 10004
T (212) 500-3273
F (855) 696-6848

ARTHUR LEBEDIN*
RUSS KOFMAN+
MICHAEL LEINOFF+
JESSICA GORMAN+
ERIC PRUSAN+
ALYSON LUFTIG+
JONATHAN PEREZ+

* Member N.Y. & N.J. Bar
+ Member N.Y. Bar

April 28, 2025

*So ordered*
*4-29-25*
*[signature]*

Hon. Alvin Hellerstein
U.S. District Court Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**Re:  United States vs Matthew Morrow Wu, et.al.**
**23-CR-00090 AKH**

Good evening Your Honor:

As the Court knows, this Office represents Matthew Wu.  Upon information and belief, as the Court heard this morning, Mr. Wu is not being properly fed nor given his medications at the Essex County Correctional Facility because of an issue with his name. The facility has him listed as both Matthew Morrow Wu and Matthew Morrow Ho and possibly as Matthew Blake Ho. He is divorced from Mr. Wu, which said divorce happened after this matter began.  His proper name is Matthew Morrow Ho. We write this letter motion to most respectfully request that this Honorable Court Order the facility to ensure that the facility identifies Mr. Ho as Matthew Morrow Ho so he can be properly fed and medicated.  The Sacramento facility has, upon information and

belief, sent all his meds to Essex but Essex refuses to administer them.  His medication list is as

follows:

Epinephrine,

Azelastine,

Fluticasone,

Xyosted, and

Ativan aka Lorazepam.

Mr. Fang and his team have been apprised of the situation and they consent to said Order.

Thank you for your courtesy and consideration.

Very truly yours,
Lebedin Kofman, LLP By:

s/Eric I. Prusan
Eric I. Prusan

SO ORDERED

_____

HON.   ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK