LEBEDIN | KOFMAN LLP
ATTORNEYS AT LAW
26 BROADWAY, 3rd FLOOR
NEW YORK, NY 10004
T (212) 500-3273
F (855) 696-6848

ARTHUR LEBEDIN*
RUSS KOFMAN+
MICHAEL LEINOFF+
JESSICA GORMAN+
ERIC PRUSAN+
ALYSON LUFTIG+

\* Member N.Y. & N.J. Bar
+ Member N.Y. Bar

June 6, 2025

**I deny Morrow-Wu's request to be transferred to the Metropolitan Detention Center since that determination is at the discretion of the Department of Justice and the Bureau of Prisons.  I also deny Morrow-Wu's request for a name change since the Superseding Indictment, to which he pleaded guilty to, charges him under the name Matthew Morrow-Wu.  The Bureau of Prisons shall give Morrow-Wu the medications he requires, either under his official name or his assumed name.**

**/s/ Alvin K. Hellerstein, U.S.D.J.**
**6/6/2025**

Hon. Alvin Hellerstein
U.S. District Court Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**Re:  United States vs Matthew Morrow Wu, et.al.**
**23-CR-00090 AKH**

Good afternoon Your Honor:

As the Court knows, this Office represents Matthew Ho.  Upon information and belief, despite this Honorable Court signing an Order directing the Marshalls use Mr. Ho's correct name and give him his necessary medications, our client is being told by jail personnel that the Marshalls are refusing to obey said Order.  Our client is becoming sicker by the day because of the incorrect diet and no meds being given.

We write this letter motion to most respectfully request that this Honorable Court Order that Mr. Ho be transferred to MDC forthwith, be fed correctly and be given his correct medicines as per this Court's prior Order.  I have informed the Government of these problems on multiple occasions and they claim they can help but nothing is being done.

Upon information and belief, our client has been told on multiple occasions by facility medical personnel that the Marshalls are refusing to follow the Order and until they do, their hands are tied.

Thank you for your courtesy and consideration.

            Very truly yours,
            Lebedin Kofman, LLP By:

            <u>s/Eric I. Prusan</u>
            Eric I. Prusan

            SO ORDERED

            _____
            HON.   ALVIN K. HELLERSTEIN
            UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF NEW YORK