UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
: 
UNITED STATES OF AMERICA                    :   **SCHEDULING ORDER**
:
   v.                                       :   23 Cr. 90 (AKH)
:
MATTHEW BLAKE MORROW-WU,                    :
:
                              Defendants.   :
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

The sentencing hearing scheduled for September 4, 2025 is hereby adjourned to November 13, 2025 at 10:30 a.m.

The Clerk shall terminate ECF No. 177.

SO ORDERED.

Dated:     August 12, 2025            _____/s/ Alvin K. Hellerstein_____
           New York, New York            ALVIN K. HELLERSTEIN
                                         United States District Judge

1