UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
                                              :

UNITED STATES OF AMERICA,        :

                                              :               **SCHEDULING ORDER**

                                              :

          -against-                        :               23 Cr. 90 (AKH)

                                              :

                                              :

MATTHEW BLAKE MORROW-WU,        :

                                              :

                      Defendant.          :

                                              :

                                              X

------------------------------------------------------------

ALVIN K. HELLERSTEIN, U.S.D.J.:

      Defendant Matthew Blake Morrow-Wu's sentencing currently scheduled for March 10, 2026 is hereby adjourned until April 8, 2026 at 11:00 a.m.


SO ORDERED.

Dated:         March 4, 2026                               /s/ Alvin K. Hellerstein   
                New York, New York                ALVIN K. HELLERSTEIN
                                               United States District Judge