UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X
                                                                    :
UNITED STATES OF AMERICA,                                           :
                                                                    :     **SCHEDULING**
                                                                    :     **ORDER**
                                                                    :
        -against-                                                   :     23 Cr. 90 (AKH)
                                                                    :
                                                                    :
MATTHEW BLAKE MORROW-WU,                                            :
                                                                    :
                        Defendant.                                  :
                                                                    :
                                                                    X
------------------------------------------------------------------- 

ALVIN K. HELLERSTEIN, U.S.D.J.:

        Defendant Matthew Blake Morrow-Wu's sentencing currently scheduled for April 8, 2026 is hereby adjourned until June 16, 2026 at 11:30 a.m.


SO ORDERED.

Dated:      April 6, 2026                    ___/s/ Alvin K. Hellerstein___
            New York, New York               ALVIN K. HELLERSTEIN
                                             United States District Judge