UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

      v.

MATTHEW MORROW-WU,
    a/k/a "Blake Wu,"
    a/k/a "Blake Ho,"
    a/k/a "Blake Morrow,"
    a/k/a "Matthew Wu,"
    a/k/a "Matthew Ho,"
    a/k/a "Matthew Blake Morrow,"

               Defendant.

**Order of Restitution**

S1 23 Cr. 90 (AKH)

Upon the application of the United States of America, by its attorney, Jay Clayton, United States Attorney for the Southern District of New York, Jerry J. Fang, Michael R. Herman, Henry L. Ross, and Angela Zhu, Assistant United States Attorneys, of counsel; the presentence investigation report; the defendant's conviction on Counts One, Two, Three, Four, Six, and Seven of the Superseding Indictment; and all other proceedings in this case, it is hereby ORDERED that:

1.    **Amount of Restitution**

MATTHEW MORROW-WU, a/k/a "Blake Wu," a/k/a "Blake Ho," a/k/a "Blake Morrow," a/k/a "Matthew Wu," a/k/a "Matthew Ho," a/k/a "Matthew Blake Morrow," the defendant, shall pay restitution in the total amount of $197,965.38 pursuant to 18 U.S.C. § 3663 and 18 U.S.C. § 3663A, to the victims of the offenses charged in Counts One, Two, and Three. The names, addresses, and specific amounts owed to each victim are set forth in the Schedule of Victims, attached hereto as Schedule A. Upon advice by the United States Attorney's Office of a

2025.02.20

change of address of a victim, the Clerk of Court is authorized to send payments to the new address without further order of this Court.

### A.    Joint and Several Liability

Restitution is joint and several with the following defendant in the following case, as further set forth in Schedule A: SHANGZHEN WU, a/k/a "Daniel Wu," in S1 23 Cr. 90 (AKH). The defendant's liability to pay restitution shall continue unabated until either the defendant has paid the full amount of restitution ordered herein, or every victim in Schedule A has recovered the total amount of each loss from the restitution paid by the defendant and all co-defendants ordered to pay the same victims.

### B.    Apportionment Among Victims

Restitution shall be paid to the victims identified in the Schedule of Victims, attached hereto as Schedule A, on a pro rata basis, whereby each payment shall be distributed proportionally to each victim based upon the amount of loss for each victim, as set forth more fully in Schedule A.

### 2.    Schedule of Payments

Pursuant to 18 U.S.C. § 3664(f)(2) (incorporating § 3572), in consideration of the financial resources and other assets of the defendant, including whether any of these assets are jointly controlled; projected earnings and other income of the defendant; and any financial obligations of the defendant; including obligations to dependents, the defendant shall pay restitution in the manner and according to the schedule that follows:

The total amount of restitution is due and payable immediately pursuant to 18 U.S.C. § 3572(d)(1) upon entry of this judgment. While serving the term of imprisonment, the defendant shall make installment payments toward restitution in the amount of 25% of the defendant's income each month and may do so through the Bureau of Prisons' (BOP) Inmate Financial Responsibility Plan (IFRP). In the interest of justice, pursuant to 18 U.S.C. § 3572(d)(1) and (2),

2025.02.20                                    2

any unpaid amount remaining upon release from prison will be payable in installments of at least 15 percent of the defendant's gross income, payable on the first of each month.

This schedule is without prejudice to the Government taking enforcement actions, pursuant to 18 U.S.C. §§ 3613 and 3664(m)(1)(A), to the extent warranted.

**3.    Payment Instructions**

The defendant shall make restitution payments by certified check, money order, or online. Instructions for online criminal debt payments are available on the Clerk of Court's website at https://nysd.uscourts.gov/payment-information#PaymentofCriminalDebt. Checks and money orders shall be made payable to the "SDNY Clerk of Court" and mailed or delivered to: United States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier, as required by 18 U.S.C. § 3611. The defendant shall write his/her name and the docket number of this case on each check or money order.

**4.    Change in Circumstances**

The defendant shall notify, within 30 days, the Clerk of Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Attn: Financial Litigation Program) of (1) any change of the defendant's name, residence, or mailing address or (2) any material change in the defendant's financial resources that affects the defendant's ability to pay restitution in accordance with 18 U.S.C. § 3664(k).

**5.    Term of Liability**

The defendant's liability to pay restitution shall terminate on the date that is the later of 20 years from the entry of judgment or 20 years after the defendant's release from imprisonment, as provided in 18 U.S.C. § 3613(b). Subject to the time limitations in the preceding sentence, in the event of the death of the defendant, the defendant's estate will be held responsible for any unpaid

2025.02.20                                3

balance of the restitution amount, and any lien filed pursuant to 18 U.S.C. § 3613(c) shall continue until the estate receives a written release of that liability.

SO ORDERED:

_____
HONORABLE ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE

_____
DATE

## SCHEDULE A

| Victims | Amount |
|---|---|
| American Express<br>43 Butterfield Circle<br>El Paso, TX 79906 | $159,157.50<br><br>(Joint and several with defendant Shangzhen Wu up to $18,000) |
| Bank of America<br>Security Recovery Support<br>MO1-800-06-15<br>P.O. Box 790087<br>St. Louis, MO 63179-0087 | $4,300.00 |
| Silicon Valley Bank<br>2625 Augustine Drive. Suite 301<br>Santa Clara, CA 95054 | $27,123.63 |
| M&T Bank Financial Crimes<br>P.O. Box 69343<br>Baltimore, MD 21264-9343 | $7,384.25 |

2025.02.20