UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

......................................................................  X

UNITED STATES OF AMERICA,                    :

                                             :      **ORDER**

     -against-                               :      23 Cr. 90 (AKH)

                                             :

MATTHEW BLAKE MORROW-WU,                      :

               Defendant.                    :

                                             X

......................................................................

ALVIN K. HELLERSTEIN, U.S.D.J.:

     The Court has received the attached documents from Defendant Matthew Blake Morrow-Wu pro se, containing notices of appeal and making various complaints about the sentencing. These documents shall be returned to Defendant's counsel, Eric Prusan. Defendant's counsel has already filed a notice of appeal. ECF No. 201. Complaints about the sentencing should be made to the Court of Appeals.

SO ORDERED.

Dated:      June 29, 2026
            New York, New York

                                        ALVIN K. HELLERSTEIN
                                        United States District Judge