UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-against-

MATTHEW BLAKE MORROW-WU,

Defendant.

---

**ORDER**

23 Cr. 90 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

Defendant Matthew Morrow Wu, filing pro se, asks me to stay the enforcement of his restitution order pending his appeal of his sentence. Defendant shall make any restitution payments pursuant to the judgment and restitution order. I direct the Clerk of Court to deposit any restitution funds into the Registry of the Court to be held pending the outcome of the appeal. Should Defendant's sentence be upheld on appeal, the Clerk of Court shall release the funds pursuant to the restitution order.

The Clerk of Court shall terminate ECF No. 204.

SO ORDERED.

Dated: July 22, 2026
New York, New York

ALVIN K. HELLERSTEIN
United States District Judge