UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MATTHEW BLAKE MORROW-WU,

Defendant.

**ORDER**

23 Cr. 90 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

The Court has received several filings from Defendant Matthew Blake Morrow-Wu pro se. The documents received include several identical letters, which the Clerk of Court has been instructed not to docket as duplicative.

First, Defendant requests that I order that he not be transferred out of MDC Brooklyn until September 16, 2026 to complete medical testing. I had so recommended at sentencing and in his judgment, that Defendant remain in MDC for 90 days to complete medical testing. My recommendation stands.

Second, Defendant requests that I order that his Bureau of Prisons records are updated to reflect his new name, Matthew Ho. As I stated at sentencing, it is not within my role to direct the BOP to make administrative changes.

Third, Defendant moves for my recusal because my former law clerk, Henry Ross, is an Assistant United States Attorney working on the case. Mr. Ross clerked for me from 2018-2019. He did not work on this case as a law clerk; the case had not yet been brought. I informed the parties of Mr. Ross's clerkship with me upon his first appearance in this case. ECF No. 36

(June 7, 2023 Tr. 2:4-10). There were no objections to his continuing participation. Furthermore, recusal motions on the sole basis that an attorney for a party in a case was formerly a law clerk are regularly rejected. *See United States v. Occhipinti*, 851 F. Supp. 523, 527 (S.D.N.Y. 1993). I have no bias, and there is no appearance of bias, because a former law clerk now appears as an attorney in this matter. The recusal motion is therefore denied.

Fourth, Defendant expresses displeasure with his trial counsel and asks that I appoint CJA counsel. Such appointments are a matter for the Court of Appeals.

The Clerk of Court shall terminate ECF Nos. 209, 210, and 211.

SO ORDERED.

Dated: July 28, 2026
New York, New York

____/s/ Alvin K. Hellerstein_____
ALVIN K. HELLERSTEIN
United States District Judge