UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MATTHEW BLAKE MORROW-WU,

Defendant.

**ORDER**

23 Cr. 90 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

The Court has received another pro se filing from Defendant Matthew Blake Morrow-Wu asking that I order that his Bureau of Prisons records are updated to reflect his new name, Matthew Ho. This filing is duplicative of prior requests filed by Defendant. As I stated at sentencing and in my prior order, it is not within my role to direct the BOP to make administrative changes. Defendant's request is denied.

The Clerk of Court shall terminate ECF No. 213.

SO ORDERED.

Dated: August 3, 2026
New York, New York

ALVIN K. HELLERSTEIN
United States District Judge