UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MATTHEW BLAKE MORROW-WU,

Defendant.

**ORDER**

23 Cr. 90 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

The Court has received additional pro se filings from Defendant Matthew Blake Morrow-Wu.

First, Defendant complains about a possible accounting issue in his favor regarding the restitution he owes. The amount of restitution was set at sentencing and in the judgment, and I make no changes to it now. Therefore, Defendant's motion regarding restitution is denied.

Second, Defendant renews his request that I order that the Bureau of Prisons records are updated to reflect his new name, Matthew Ho. As I stated at sentencing and in my prior orders, it is not within my role to direct the BOP to make administrative changes. Defendant's request is denied.

Third, Defendant writes that he has been transferred out of MDC to FCI Butner Medium II. Defendant contends that his transfer occurred prior to my 90-day recommendation and was not to a federal medical facility as was my recommendation. I made my recommendations at sentencing as to Defendant's placement. After sentencing, I have no role in directing the BOP on Defendant's placement.

The Clerk of Court shall terminate ECF No. 215.

SO ORDERED.

Dated: August 26, 2026
New York, New York

ALVIN K. HELLERSTEIN
United States District Judge