UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, -against- MATTHEW BLAKE MORROW-WU, Defendant. | | **ORDER** 23 Cr. 90 (AKH) |

ALVIN K. HELLERSTEIN, U.S.D.J.:

The Court has received an additional pro se filing from Defendant Matthew Blake Morrow-Wu renewing his request that I order that the Bureau of Prisons records are updated to reflect his new name, Matthew Ho. As I stated at sentencing and in my prior orders, I shall not issue such an order. Defendant's motion is denied.

The Clerk of Court shall terminate ECF No. 217.

SO ORDERED.

Dated: September 29, 2026
New York, New York

ALVIN K. HELLERSTEIN
United States District Judge